IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRANCE McCLURGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 04 C 3628 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### MEMORANDUM OPINION AND ORDER

Petitioner seeks a certificate of appealability from our denial on December 10, 2004, of his §2255 petition, contending that he has made a substantial showing of the denial of a constitutional right, 28 U.S.C. §2253. We disagree. We comprehensibly reviewed his contentions in that decision and we then, and now, see no merit in his contentions. Petitioner may, of course, request a circuit judge to issue the certificate, pursuant to Federal Rule of Appellate Procedure 22, but we decline to do so for the reasons stated in our December 10, 2004, Memorandum Opinion and Order. We do note one new argument: that the use of the Fullerton affidavit violated petitioner's right to confrontation. But it is petitioner who used the affidavit, and we accepted it as true while recognizing that two questions on cross examination, based on a false premise but entirely unrelated to the substance of the witness' knowledge and being directed solely to a rather indirect impeachment, are hardly the stuff of a denial of a fair trial.

JAMES B. MORAN
Senior Judge, U. S. District Court

Feb. 14 , 2005.